**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ALLEN SCHROD AND
SHIRLEY SCHROD**                                                                 **PLAINTIFFS**

**V.**                                                                  **NO. 3:20-CV-289-MPM-JMV**

**INTERNATIONAL PAPER COMPANY**                                        **DEFENDANT**

**ORDER**

This matter is before the court, *sua sponte*, to strike the amended complaint filed by the Plaintiff on November 13, 2021. [39]. The Plaintiff filed the amended complaint without the leave of court in violation of FED. R. CIV. P. 15(a)(2). A status conference was held on November 15, 2021, and the Plaintiff offered no cause for failure to seek leave of court prior to filing the amended complaint.

Therefore, IT IS ORDERED that the amended complaint [39] is stricken and shall be disregarded by the participants in this case. The Clerk is directed to place the word, "STRICKEN," in the docket text associated with this filing.

**SO ORDERED** this, the 16th day of November, 2021.

/s/Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**