IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ALLEN SCHROD and SHIRLEY SCHROD**          **PLAINTIFF**

**VS.**          **CIVIL ACTION NO. 3:20-CV-00289-MPM-JMV**

**INTERNATIONAL PAPER COMPANY**          **DEFENDANT**

## **ORDER**

Plaintiffs have filed a motion to stay this case and to continue the trial in this matter, writing that:

> As Plaintiff has gathered information to respond to discovery and prepare for the deposition of Shirley Schrod, it has become evident that Mrs. Schrod appears to have serious cognitive issues wherein she is unable to verify her written discovery responses and is not able to give a deposition. Plaintiffs request a brief stay of 60 days and a continuance of the trial date so that a conservatorship can be opened for Shirley Schrod with Allen Schrod named as conservator.

[Motion at 1]. In response, defendant writes that:

> While IP does not oppose the requested relief in Plaintiffs' Motion, it respectfully requests leave to amend the Case Management Order upon expiration of the stay, if necessary, to allow IP to take Plaintiff Shirley Schrod's deposition.

[Response at 2].

This court agrees with the parties that the requested stay and continuance should be granted, and it further agrees with defendant that the stay should not prejudice its right to eventually take Mrs. Schrod's deposition. With this caveat, the motion to stay and continue will be granted.

It is therefore ordered that the motion to stay and continue is granted. This case is hereby stayed for sixty (60) days, and the trial in this matter is continued until a date to be determined later.

1

This 13TH day of December, 2021.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**