IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ALLEN SCHROD,** *individually and as conservator for* **SHIRLEY SCHROD**               **PLAINTIFFS**

**v.**               **No. 3:20cv289-MPM-RP**

**INTERNATIONAL PAPER COMPANY**               **DEFENDANT**

**ORDER**

On June 14, 2022, defendant filed a motion for summary judgment in the above-entitled slip-and-fall action, and plaintiffs have not responded to that motion nor have they sought additional time to do so. Defendant's summary judgment arguments thus stand unrebutted in this case, and this court agrees with it that 1) plaintiffs have failed to establish fact issues regarding whether plaintiff Shirley Schrod was anything more than a trespasser upon defendant's property at the time of her injury and that 2) even if Shirley were assumed to have had the status of invitee, she has still failed to establish fact issues regarding whether defendant either caused the allegedly dangerous condition upon the premises or whether it had sufficient knowledge of the existence of any danger to impute actual or constructive knowledge of that danger upon it. *Young v. Wendy's Int'l Inc.,* 840 So. 2d 782, 784 (Miss. Ct. App. 2003). Defendant's summary judgment motion will therefore be granted.

It is therefore ordered that defendant's motion for summary judgment is granted.

A separate judgment will be entered this date, pursuant to Fed. R. Civ. P. 58.

This 6th day of July, 2022.

                          /s/ Michael P. Mills
                          U.S. DISTRICT COURT