# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**ALLEN SCHROD,** *individually and as*
*conservator for* **SHIRLEY SCHROD,**                                                               **PLAINTIFFS**

**v.**                                                **CAUSE NO.: 3:20-cv-289-MPM-JMV**

**INTERNATIONAL PAPER COMPANY**                                       **DEFENDANT**

## ORDER

      Before the court is the plaintiff's Notice [85] of Withdrawal of Motion for Substitution of Party Plaintiff. Plaintiff had previously filed his motion to substitute party plaintiff [79] on February 20, 2023. The court finds the notice to be well-taken, and it is hereby GRANTED.

      It is hereby ordered that the plaintiff's motion to substitute party plaintiff [79] is withdrawn. The Clerk's Office is directed to terminate the motion in accordance with this Order.

      **SO ORDERED** this, the 9th day of March, 2023.

                                              /s/ Jane M. Virden
                                            **UNITED STATES MAGISTRATE JUDGE**